IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>                    Plaintiff, <br><br> v. <br><br> ESTEBAN AROYO, and <br> XAVIER MEDRANO, <br><br>                    Defendants. | CASE NO.  1:11-CR-00354-LJO <br><br> ORDER DISMISSING DEFENDANTS AROYO AND X. MEDRANO AND RECALLING WARRANTS |

      IT IS HEREBY ORDERED that the indictment and superseding indictments in the above-entitled case shall be DISMISSED without prejudice as to ESTEBAN AROYO and XAVIER MEDRANO and the WARRANT shall be RECALLED.

IT IS SO ORDERED.

    Dated:   **March 8, 2016**                              **/s/ Lawrence J. O'Neill**
                                                                               UNITED STATES DISTRICT JUDGE